# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE ROSS,<br><br>      Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:17-cv-01439 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 19, 2018 |

On April 19, 2018, the Court ordered Plaintiff to show cause why sanctions should not be imposed due to her failure to prosecute the action and failure to comply with the Court's Order to serve a confidential letter brief. (Doc. 12 at 1-2) In the alternative, Plaintiff was directed to file a proof of service, indicating Defendant was served with the letter brief. (*Id.* at 2) In response, Plaintiff timely filed a proof of service for a confidential letter brief. (Docs. 13, 14)

Accordingly, the Court **ORDERS**: the Order to Show Cause (Doc. 12) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **April 20, 2018**             **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE