# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE ROSS, | ) Case No.: 1:17-cv-01439 - JLT |
| Plaintiff, | ) |
| | ) ORDER GRANTING PLAINTIFF'S REQUEST |
| v. | ) FOR AN EXTENSION OF TIME |
| | ) |
| NANCY A. BERRYHILL, | ) (Doc. 17) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

On June 8, 2018, the parties filed a stipulation for Plaintiff to have a 45-day extension of time to file an opening brief.  (Doc. 17)  The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4).

Beyond the single extension of thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause."  (Doc. 5 at 4)  Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order.  The parties report "there is good cause for the request for forty-five (45) days instead of thirty (30)," because "the parties are in discussion regarding settlement of this case."  (Doc. 17 at 1-2)  The parties assert "delaying substantive briefing in this matter is appropriate in the event that a resolution can be reached."  (*Id.* at 2)  Accordingly, the parties request the deadline be extended from June 8, 2018, to July 23, 2018.  (*Id.*)

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1.     Plaintiff's request for an extension of time is **GRANTED**; and

2.     Plaintiff **SHALL** file an opening brief no later than **July 23, 2018**.

IT IS SO ORDERED.

Dated:   **June 11, 2018**                                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE