# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE ROSS,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-01439 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MICHELLE RENEE ROSS AND AGAINST DEFENDANT NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

      Michelle Renee Ross initiated this action seeking review of the administrative decision denying an application for Social Security benefits. On July 20, 2018, Plaintiff and Nancy A. Berryhill, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 19)

      The parties seek remand for an administrative law judge "for a new hearing and decision." (Doc. 19 at 1) In particular, the ALJ shall "reevaluate Plaintiff's ability to perform other work available in significant numbers in the national economy, and obtain supplemental evidence from a vocational expert as warranted." (*Id.*) Further, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of Plaintiff. (*Id.* at 1-2)

      Based upon the stipulation of the parties, the Court **ORDERS**:

      1.     The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and

      2.     The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Michelle Renee

Ross and against Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **July 25, 2018**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE